# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                   NO. 4:10CR00165-02 JLH

DAVID FRANCO-TINAJERO                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, David Franco-Tinajero's motion under 28 U.S.C. § 2255 is denied. No certificate of appealability will be issued.

IT IS SO ORDERED this 2nd day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE